# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

U.S. BANK NATIONAL ASSOCIATION
(as successor in interest to MUFG Union
Bank, N.A.),
        Plaintiff(s),
v
DARIUS ASSEMI, an individual and as trustee of
the Amended and Restated Darius Assemi
Revocable Trust, et al.,
        Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:24-cv-01393-KES-SAB

Notice is hereby given that, subject to approval by the court, __Defendant Darius Assemi, as Trustee of the Amended and Restated Darius Assemi Revocable Trust__ (Party(s) Name) substitutes

__Ali Mojdehi__ (Name of New Attorney), State Bar No. __123846__ as counsel of record in

place of __Beth Ann R. Young and Richard P. Steelman, Jr. of Levene, Neale, Bender, Yoo & Golubchik L.L.P.__ (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name:    Mojdehi Galvin Rego LLP
    Address:    2550 5th Ave Ste 910, San Diego, CA 92103-6625
    Telephone:    (619) 549-4000    Facsimile
    E-Mail (Optional):    ali.mojdehi@mgr-legal.com; allison.rego@mgr-legal.com

I consent to the above substitution.
Date: March 4, 2025
    (Signature of Party(s))

I consent to being substituted.
Date: March 4, 2025
    (Signature of Former Attorney(s))

I consent to the above substitution.
Date: March 4, 2025
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# UNITED STATES DISTRICT COURT

**Eastern** District of **California**

U.S. BANK NATIONAL ASSOCIATION (as successor in interest to MUFG Union Bank, N.A.), Plaintiff(s),

v.

DARIUS ASSEMI, an individual and as trustee of the Amended and Restated Darius Assemi Revocable Trust, et al., Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:24-cv-01393-KES-SAB

Notice is hereby given that, subject to approval by the court, **Defendant Darius Assemi, individually** substitutes (Party (s) Name)

**Ali Mojdehi**, State Bar No. **123846** as counsel of record in
(Name of New Attorney)

place of **Beth Ann R. Young and Richard P. Steelman, Jr. of Levene, Neale, Bender, Yoo & Golubchik L.L.P.**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Mojdehi Galvin Rego LLP
Address: 2550 5th Ave Ste 910, San Diego, CA 92103-6625
Telephone: (619) 549-4000         Facsimile
E-Mail (Optional): ali.mojdehi@mgr-legal.com; allison.rego@mgr-legal.com

I consent to the above substitution.
Date: March 4, 2025
(Signature of Party (s))

I consent to being substituted.
Date: March 4, 2025
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: March 4, 2025
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____   _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]