# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>DARIUS ASSEMI, *an individual and as trustee of the Amended and Restated Darius Assemi Revocable Trust*, et al.,<br><br>Defendants. | Case No. 1:24-cv-01393-KES-SAB<br><br>ORDER GRANTING DEFENDANT DARIUS ASSEMI'S SUBSTITUTION OF ATTORNEY<br><br>(ECF No. 11) |

On March 6, 2025, Defendant Darius Assemi, both individually and in his capacity as trustee of the Amended and Related Darius Assemi Revocable Trust, filed substitution of attorney forms substituting attorney Ali Mojdehi in place of attorneys Beth Ann R. Young and Richard P. Steelman Jr. (ECF No. 11.) Accordingly, Ali Mojdehi is substituted as attorney of record for Defendant Darius Assemi, both individually and in his capacity as trustee of the Amended and Related Darius Assemi Revocable Trust, and the Office of the Clerk is directed to terminate attorneys Beth Ann R. Young and Richard P. Steelman Jr. as counsel of record.

IT IS SO ORDERED.

Dated: **March 11, 2025**

STANLEY A. BOONE
United States Magistrate Judge