SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL M. LAUTER, Cal Bar No. 246048
JEANNIE KIM, Cal Bar No. 270713
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: mlauter@sheppardmullin.com
       jekim@sheppardmullin.com

THEODORE A. COHEN, Cal Bar No. 151427
AARON J. MALO, Cal. Bar No. 179985
SARAH A. K. BLITZ, Cal. Bar No. 280118
350 S. Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone:  (213) 620-1780
Facsimile:  (213) 620-1398
Email:  tcohen@sheppardmullin.com
        amalo@sheppardmullin.com
        sblitz@sheppardmullin.com

Attorneys for Plaintiff U.S. Bank National Association
(as successor in interest to MUFG Union Bank, N.A.)

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION (as successor in interest to MUFG Union Bank, N.A.),<br><br>    Plaintiff,<br><br>  v.<br><br>DARIUS ASSEMI, an individual and as trustee of the Amended and Restated Darius Assemi Revocable Trust; FARID ASSEMI, an individual, and as trustee of the Amended and Restated Farid Assemi Revocable Trust, and as trustee of the Farshid Assemi 1997 Ranch Trust; FARSHID ASSEMI, an individual, as co-trustee of the Amended and Restated Farshid Assemi and Sonia Rosemary Assemi Revocable Trust, and as co-trustee of the Farid Assemi 1997 Ranch Trust; SONIA ROSEMARY ASSEMI, as co-trustee of the Amended and Restated Farshid Assemi and Rosemary Assemi Revocable Trust; NEEMA ELIOT ASSEMI, as co-trustee of the Farid Assemi 1997 Ranch Trust, and as trustee of the Farid Assemi 2010 Grantor Trust dated December 30, 2010; MELISSA LAYNE, as trustee of the Farshid and Sonia Assemi 2010 Grantor Trust dated December 30, 2010; and DOES 1-50 inclusive,<br><br>    Defendants. | No. 1:24-cv-01393-KES-SAB<br><br>**JOINT STATUS REPORT**<br><br>Action Filed:    November 13, 2024 |

Plaintiff U.S. BANK NATIONAL ASSOCIATION, a national banking association and successor in interest to MUFG Union Bank, N.A., a national banking association ("U.S. Bank" or "Plaintiff"), and the above-captioned defendants ("Defendants") jointly submit this status report pursuant to the Court's *Order Requiring Parties to File Status Report Regarding Readiness for Scheduling Conference* [ECF 15], which directed "the parties to explain whether an initial scheduling conference would be appropriate at this time."

Plaintiff and Defendants jointly request that the Court continue the initial scheduling conference in this matter that is currently scheduled for October 28, 2025 for a period of 120 days, as they have entered into a settlement agreement which is in the process of being performed, and if fully performed would result in the dismissal of this action.

Dated: October 8, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ Michael M. Lauter*
         MICHAEL M. LAUTER

Attorneys for Plaintiff
U.S. BANK, NATIONAL ASSOCIATION

Dated: October 8, 2025

MOJDEHI GALVIN REGO LLP

By   */s/ Ali Mojdehi*
         ALI MOJDEHI

Attorneys for Defendants
DARIUS ASSEMI, an individual and as trustee of the Amended and Restated Darius Assemi Revocable Trust

-1-

Dated: October 8, 2025

                    LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

            By        */s/ Beth Ann R. Young*
                        BETH ANN R. YOUNG

Attorneys for Defendants
FARID ASSEMI, an individual, and as trustee of the Amended and Restated Farid Assemi Revocable Trust, and as trustee of the Farshid Assemi 1997 Ranch Trust; FARSHID ASSEMI, an individual, as co-trustee of the Amended and Restated Farshid Assemi and Sonia Rosemary Assemi Revocable Trust, and as co-trustee of the Farid Assemi 1997 Ranch Trust; SONIA ROSEMARY ASSEMI, as co-trustee of the Amended and Restated Farshid Assemi and Rosemary Assemi Revocable Trust; NEEMA ELIOT ASSEMI, as co-trustee of the Farid Assemi 1997 Ranch Trust, and as trustee of the Farid Assemi 2010 Grantor Trust dated December 30, 2010; MELISSA LAYNE, as trustee of the Farshid and Sonia Assemi 2010 Grantor Trust dated December 30, 2010