# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | Case No. 1:24-cv-01393-KES-SAB |
| Plaintiff, | ORDER CONTINUING INITIAL SCHEDULING CONFERENCE |
| v. | |
| ASSEMI, et al., | |
| Defendants. | |

On October 6, 2025, the Court directed the parties to file a joint status report regarding whether they were prepared to hold the initial scheduling conference in this matter. (ECF No. 15.) The parties timely complied and requested that the Court continue the initial scheduling conference by 120 days. For good cause shown, the Court approves the request and HEREBY ORDERS that the initial scheduling conference is CONTINUED to March 3, 2026, at 1:30 p.m.

IT IS SO ORDERED.

Dated: **October 16, 2025**

STANLEY A. BOONE
United States Magistrate Judge