# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>ASSEMI, et al.,<br><br>    Defendants. | Case No. 1:24-cv-01393-KES-SAB<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 18) |

On February 20, 2026, the parties filed a status report and joint request to continue the initial scheduling conference by 90 days. (ECF No. 18.) For good cause shown, the Court approves the request and HEREBY ORDERS that the initial scheduling conference is CONTINUED to June 4, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **February 25, 2026**

STANLEY A. BOONE
United States Magistrate Judge