SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
MICHAEL M. LAUTER, Cal Bar No. 246048
GIANNA SEGRETTI, Cal Bar No. 323645
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: mlauter@sheppard.com
gsegretti@sheppard.com

THEODORE A. COHEN, Cal Bar No. 151427
AARON J. MALO, Cal. Bar No. 179985
SARAH A. K. BLITZ, Cal. Bar No. 280118
350 S. Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone: (213) 620-1780
Facsimile: (213) 620-1398
Email: tcohen@sheppard.com
amalo@sheppard.com
sblitz@sheppard.com

Attorneys for Plaintiff U.S. Bank National Association
(as successor in interest to MUFG Union Bank, N.A.)

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

U.S. BANK NATIONAL ASSOCIATION (as successor in interest to MUFG Union Bank, N.A.,

Plaintiff,

v.

DARIUS ASSEMI, an individual and as trustee of the Amended and Restated Darius Assemi Revocable Trust; FARID ASSEMI, an individual, and as trustee of the Amended and Restated Farid Assemi Revocable Trust, and as trustee of the Farshid Assemi 1997 Ranch Trust; FARSHID ASSEMI, an individual, as co-trustee of the Amended and Restated Farshid Assemi and Sonia Rosemary Assemi Revocable Trust, and as co-trustee of the Farid Assemi 1997 Ranch Trust; SONIA ROSEMARY ASSEMI, as co-trustee of the Amended and Restated Farshid Assemi and Rosemary Assemi Revocable Trust; NEEMA ELIOT ASSEMI, as co-trustee of the Farid Assemi 1997 Ranch Trust, and as trustee of the Farid Assemi 2010 Grantor Trust dated December 30, 2010; MELISSA LAYNE, as trustee of the Farshid and Sonia Assemi 2010 Grantor Trust dated December 30, 2010; and DOES 1-50 inclusive,

Defendants.

No. 1:24-cv-01393-KES-SAB

**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

Action Filed: November 13, 2024

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 160 of the Local Rules of the United States District Court for the Eastern District of California, Plaintiff U.S. BANK NATIONAL ASSOCIATION, a national banking association and successor in interest to MUFG Union Bank, N.A., a national banking association, and the above-captioned defendants hereby stipulate to voluntarily dismiss the entire action with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: May 7, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *\/s/ Michael M. Lauter*
MICHAEL M. LAUTER

Attorneys for Plaintiff
U.S. BANK, NATIONAL ASSOCIATION

Dated: May 7, 2026

MOJDEHI GALVIN REGO LLP

By */s/ Ali Mojdehi*
ALI MOJDEHI

Attorneys for Defendants
DARIUS ASSEMI, an individual and as trustee of the Amended and Restated Darius Assemi Revocable Trust

Dated: May 7, 2026

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By ______________________________
BETH ANN R. YOUNG

Attorneys for Defendants
FARID ASSEMI, an individual, and as trustee of the Amended and Restated Farid Assemi Revocable Trust, and as trustee of the Farshid Assemi 1997 Ranch Trust; FARSHID ASSEMI, an individual, as co-trustee of the Amended and Restated Farshid Assemi and Sonia Rosemary Assemi Revocable Trust, and as co-trustee of the Farid Assemi 1997 Ranch Trust; SONIA ROSEMARY ASSEMI, as co-trustee of the Amended and Restated Farshid Assemi and Rosemary Assemi Revocable Trust; NEEMA ELIOT ASSEMI, as co-trustee of the Farid Assemi 1997 Ranch Trust, and as trustee of the Farid Assemi 2010 Grantor Trust dated December 30, 2010; MELISSA LAYNE, as trustee of the Farshid and Sonia Assemi 2010 Grantor Trust dated December 30, 2010